UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KANESHA VICKERY,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**THE PHIA GROUP, LLC**<br><br>Defendant. | Case No.1:26-cv-10530<br><br>Filed: February 2, 2026<br><br>Hon. Judge Angel Kelley |
| **EDWIN JOHNSON,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**THE PHIA GROUP, LLC,**<br><br>Defendant. | Case No.1:26-cv-10531<br><br>Filed: February 2, 2026<br><br>Hon. Judge Leo T. Sorokin |
| **SUHAD BASHIR,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**THE PHIA GROUP, LLC,**<br><br>Defendant. | Case No.1:26-CV-10535<br><br>Filed: February 3, 2026<br><br>Hon. Judge Brian E. Murphy |

**PLAINTIFFS' MOTION TO CONSOLIDATE
RELATED CASES AND APPOINT INTERIM CLASS COUNSEL**

Plaintiffs Kanesha Vickery, Edwin Johnson, and Suhad Bashir (collectively, "Plaintiffs"), individually, and on behalf of all others similarly situated (the "Class" or "Class Members"), respectfully move to consolidate the above-captioned matters (the "Related Actions") filed against Defendant The Phia Group, LLC ("Defendant") for pre-trial and trial purposes, pursuant to Federal Rule of Civil Procedure ("Rule") 42(a)(2) and Local Rule 40.1(g). The Related Actions merit

1

consolidation because they arise from the same underlying data breach, assert similar claims for relief, seek to represent overlapping putative classes, are brought against the same Defendant, and are at the same stage of litigation. Thus, consolidation is appropriate.

Additionally, Plaintiffs seek appointment of Kennedy M. Brian of Siri & Glimstad LLP, A. Brooke Murphy of the Murphy Law Firm, Casondra Turner of Milberg, PLLC, and Jeff Ostrow of Kopelowitz Ostrow, P.A. as Interim Co-Lead Class Counsel as Interim Co-Lead Class Counsel (collectively, "Proposed Interim Class Counsel"), pursuant to Rule 23(g)(3). Proposed Interim Class Counsel are qualified to serve because they: (i) have diligently investigated this matter; (ii) are committed to devoting the time and resources necessary to prosecute this litigation; (iii) have substantial experience in data privacy litigation such as this; and (iv) are knowledgeable of data privacy law. As such, the appointment of Proposed Interim Class Counsel is warranted and will greatly benefit Plaintiffs and the Class.

This Motion is supported by the accompanying Memorandum of Law (and exhibits attached thereto) concurrently filed with this Motion.[1] For the reasons set forth in Plaintiffs' accompanying Memorandum of Law, Plaintiffs respectfully request the Court enter an order: (i) consolidating the Related Actions for pretrial and trial purposes, as well as any future cases that stem from common questions of law and fact; (ii) establishing the proposed briefing schedule for the consolidated action; and (iii) appointing interim class counsel. A proposed order is submitted herewith.

---

[1] Defendant has not yet entered an appearance in the Related Actions. As such, Defendant's position on this Motion could not be ascertained.

Dated: February 4, 2026	Respectfully submitted,

*/s/: Christina Xenides*
Christina Xenides (Bar No. 677603)
**SIRI & GLIMSTAD LLP**
1005 Congress Avenue, Suite 925-C36
Austin, TX 78701
Tel: (512) 265-5622
E: cxendies@sirillp.com

Tyler J. Bean*
Kennedy Brian*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com
E: kbrian@sirillp.com

A.  Brooke Murphy
**MURPHY LAW FIRM**
4116 Wills Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

Jeff Ostrow*
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

Casondra Turner (MA BBO #687682)
**MILBERG, PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Telephone: (866) 252-0878
cturner@milberg.com

***Counsel for Plaintiffs and the Class***

**pro hac vice* application forthcoming

3

**CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL CIVIL RULE 7.1(a)**

I, the undersigned, hereby certify that counsel for Defendant has not yet made an appearance in the Related Actions. Therefore, we have been unable to confer with counsel on the relief sought.

*/s/: Christina Xenides*
Christina Xenides (Bar No. 677603)

**CERTIFICATE OF SERVICE**

I certify that on February 4, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court, which will send notice of electronic filing to all counsel of record.

*/s/: Christina Xenides*
Christina Xenides (Bar No. 677603)